

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2018

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    United States v. Lamont Evans et al., 17 Cr. 684 (ER)

Dear Judge Ramos:

     We write in response to the Court's order, dated March 6, 2018, [Dkt. 79], proposing certain modifications to the previously entered protective order in the above-captioned matter. The Government has reviewed the proposed modifications and has no objection to them.

                        Respectfully submitted,

                        ROBERT S. KHUZAMI
                        Acting United States Attorney

By:       /s/
            Edward B. Diskant/Noah Solowiejczyk
            Eli J. Mark/Aline D. Flodr
            Assistant United States Attorneys
            (212) 637-2294/2473/2431/1110

cc: Defense counsel (by email)