UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| LAMONT EVANS, EMANUEL RICHARDSON, | ) | Case No. 1:17-cr-00684-ER-2 |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," | ) | |
| CHRISTIAN DAWKINS, and MERL CODE, | ) | |
| Defendants. | ) | |

## DEFENDANT EMANUEL "BOOK' RICHARDSON'S FIRST UNOPPOSED MOTION TO LEAVE THE JURISDICTION

Now into court, through undersigned counsel, comes, Defendant Emanuel "Book" Richardson who respectfully moves this court as follows. The Defendant, Emanuel Richardson is currently residing in the U.S. District of Arizona. He has permission to travel from the court to the Southern District of New York and the Eastern District of Louisiana. Mr. Richardson requests that this Honorable court grant him permission to the Northern District of Illinois, more specifically Chicago, Illinois on May 16, 2018 and returning to Arizona on May 20, 2018. He will be staying at Hilton Chicago, 198 East Delaware Place, Chicago, IL 60611. The purpose of the trip is to attend the NBA pre-draft combine for networking and job search purposes. As a result of this case, Mr. Richardson had his employment terminated by the University of Arizona and has been without income since January. Several of his professional contacts have recommended that he attend the combine as way of networking and seeing if there are employment opportunities for him.

The US Attorney's Office for the Southern District of New York and Pre-Trial Services have no objection to this motion.

**WHEREFORE,** Defendant, Emanuel "Book" Richardson prays that he is granted permission by this Honorable Court to travel to Northern District Illinois on May 16, 2018 returning to the US District for Arizona on May 20, 2018.

                                                Respectfully Submitted,

                                                _S://Craig J. Mordock_
                                                Craig J. Mordock
                                                Admitted Pro Hac Vice
                                                LSBA #27014
                                                7611 Maple Street
                                                Suite A3
                                                New Orleans, LA 70118
                                                504-304-2335
                                                Craig@MordockBarber.com
                                                Counsel for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served all counsel of record by filing this pleading via the CM/ECF system on this the 28th day of April, 2018.

S://Craig J. Mordock

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| LAMONT EVANS, EMANUEL RICHARDSON, | ) Case No. 1:17-cr-00684-ER-5 |
| | ) |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," | ) |
| CHRISTIAN DAWKINS, and MERL CODE, | ) |
| Defendants. | ) |

_____

### ORDER ON DEFENDANT, EMANUEL "BOOK" RICHARDSON'S FIRST MOTION TO LEAVE THE JURISDICTION

CONSIDERING THE DEFENDANT'S MOTION, it is hereby ORDERED that Defendant Emanuel "Book" Richardson, be permitted to leave the US District of Arizona and travel to the Northern District of Illinois on May 16, 2018 and returning to Arizona on May 20, 2018.

This __ day of _____, 2018.

New York, New York

_____
JUDGE RAMOS