USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/7/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                                         :

UNITED STATES OF AMERICA

                                                         :    17-CR-00684-ER-2

   -against-                            :    <u>ORDER</u>

Emanuel Richardson

Defendant
---------------------------------------X

Edgardo Ramos, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
June 7, 2018

                                       SO ORDERED:

                                       _____
                                       Edgardo Ramos
                                       United States District Judge