UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| LAMONT EVANS, EMANUEL RICHARDSON, | ) | Case No. 1:17-cr-00684-ER-2 |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," | ) | |
| CHRISTIAN DAWKINS, and MERL CODE, | ) | |
| Defendants. | ) | |

**DEFENDANT EMANUEL "BOOK' RICHARDSON'S SIXTH UNOPPOSED MOTION TO LEAVE THE JURISDICTION**

Now into court, through undersigned counsel, comes, Defendant Emanuel "Book" Richardson who respectfully moves this court as follows. The Defendant, Emanuel Richardson is currently residing in the U.S. District of Arizona. He has permission to travel from the court to the Southern District of New York and the Eastern District of Louisiana. Mr. Richardson requests that this Honorable court grant him permission to the Southern District of New York, more specifically Manhattan on November 14, 2018 and returning to Arizona on November 18, 2018. He will be staying with his mother-in-law at 36 W. 138th St. Apt. 53 New York, New York 10037. The purpose of the trip is to attend St. Raymond High School alumni basketball game and to visit family.

The US Attorney's Office for the Southern District of New York and Pre-Trial Services have no objection to this motion.

**WHEREFORE,** Defendant, Emanuel "Book" Richardson prays that he is granted permission by this Honorable Court to travel to Southern District of New York on November 14, 2018 returning to the US District for Arizona on November 18, 2018.

    Respectfully Submitted,

    S://Craig J. Mordock
    Craig J. Mordock
    Admitted Pro Hac Vice
    LSBA #27014
    7611 Maple Street
    Suite A3
    New Orleans, LA 70118
    504-304-2335
    Craig@MordockBarber.com
    Counsel for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served all counsel of record by filing this pleading via the CM/ECF system on this the 6th day of November, 2018.

S://Craig J. Mordock

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| LAMONT EVANS, EMANUEL RICHARDSON, ) | Case No. 1:17-cr-00684-ER-5 |
| ) | |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," ) | |
| CHRISTIAN DAWKINS, and MERL CODE, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON DEFENDANT, EMANUEL "BOOK" RICHARDSON'S FIRST MOTION TO LEAVE THE JURISDICTION**

CONSIDERING THE DEFENDANT'S MOTION, it is hereby ORDERED that Defendant Emanuel "Book" Richardson, be permitted to leave the US District of Arizona and travel to the Southern District of New York on November 14, 2018 and returning to Arizona on November 18, 2018.

This __ day of _____, 2018.

New York, New York

_____

JUDGE RAMOS