UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| LAMONT EVANS, EMANUEL RICHARDSON, | ) |
| | ) |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," | ) |
|  CHRISTIAN DAWKINS, and MERL CODE, | ) |
| | ) |
| Defendants. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11|7|18

Case No. 1:17-cr-00684-ER-5

**ORDER ON DEFENDANT, EMANUEL "BOOK" RICHARDSON'S FIRST MOTION
TO LEAVE THE JURISDICTION**

CONSIDERING THE DEFENDANT'S MOTION, it is hereby ORDERED that Defendant

Emanuel "Book" Richardson, be permitted to leave the US District of Arizona and travel to the

Southern District of New York on November 14, 2018 and returning to Arizona on November 18,

2018.

This 7th day of ___Nov.___, 2018.

New York, New York

JUDGE RAMOS