UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MEMO ENDORSED |
| | ) |
| v. MEMO ENDORSED | ) |
| LAMONT EVANS, EMANUEL RICHARDSON, | ) Case No. 1:17-cr-00684-ER-2 |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," | ) |
| CHRISTIAN DAWKINS, and MERL CODE, Defendants. | ) MEMO ENDORSED ) |

### DEFENDANT EMANUEL "BOOK' RICHARDSON'S FOURTH UNOPPOSED MOTION TO LEAVE THE JURISDICTION

Now into court, through undersigned counsel, comes, Defendant Emanuel "Book" Richardson who respectfully moves this court as follows. The Defendant, Emanuel Richardson is currently residing in the U.S. District of Arizona. He has permission to travel from the court to the Southern District of New York and the Eastern District of Louisiana. Mr. Richardson requests that this Honorable court grant him permission to the Central District of California to work an 8th grade boys basketball clinic, beginning on January 4th returning to the federal district of Arizona on Jan7th, 2019.

The US Attorney's Office for the Southern District of New York and Pre-Trial Services have no objection to this motion.

**WHEREFORE,** Defendant, Emanuel "Book" Richardson prays that he is granted

permission by this Honorable Court to travel to Central District of California, January 4th 2019 returning to the federal district of Arizona on January 7th 2019.

Respectfully Submitted,

 S://Craig J. Mordock
Craig J. Mordock
Admitted Pro Hac Vice
LSBA #27014
7611 Maple Street
Suite A3
New Orleans, LA 70118
504-304-2335
Craig@MordockBarber.com
Counsel for the Defendant

---

The application is denied as moot.

_____
Edgardo Ramos, U.S.D.J
Dated: ___1/7/2019_____
New York, New York

---

## CERTIFICATE OF SERVICE

I hereby certify that I have served all counsel of record by filing this pleading via the CM/ECF system on this the 3rd day of January, 2019.

S://Craig J. Mordock

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| LAMONT EVANS, EMANUEL RICHARDSON, | ) | Case No. 1:17-cr-00684-ER-5 |
| | ) | |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," CHRISTIAN DAWKINS, and MERL CODE, | ) ) | |
| | ) | |
| Defendants. | ) | |

_____

### ORDER ON DEFENDANT, EMANUEL "BOOK" RICHARDSON'S FIRST MOTION TO LEAVE THE JURISDICTION

CONSIDERING THE DEFENDANT'S MOTION, it is hereby ORDERED that Defendant Emanuel "Book" Richardson, be permitted to leave the US District of Arizona and travel to the travel to the Central District of California on January 4th and returning to Arizona on January 7, 2019

This __ day of _____, 2019.

New York, New York

_____
JUDGE RAMOS