USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/22/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA
                              :    CONSENT PRELIMINARY ORDER
     - v. -                            OF FORFEITURE/
                              :    <u>MONEY JUDGMENT</u>
EMANUEL RICHARDSON,
                              :    17 Cr. 684 (ER)
         Defendant.
                              :
- - - - - - - - - - - - - - - - - x

        WHEREAS, on or about November 7, 2017, EMANUEL RICHARDSON (the "defendant"), was charged in an Indictment, 17 Cr. 684 (ER) (the "Indictment"), with, *inter alia*, conspiracy to commit bribery, in violation of 18 U.S.C. §§ 371 and 666;

        WHEREAS, the Indictment included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 982(a)(1)(c);

        WHEREAS, on or about January 22, 2019, the defendant pled guilty to Count One, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One and agreed to forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1)(c), a sum of money equal to $20,000 in United States currency, representing proceeds traceable to the commission of the offense alleged in Count One;

        WHEREAS, the defendant consents to the entry of a money judgment in the amount of $20,000 in United States currency representing the amount of proceeds traceable to the offense

charged in Count One of the Indictment that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorneys, Robert Boone, Noah Solowiejczyk, and Eli J. Mark, of counsel, and the defendant, and his counsel, Craig J. Mordock, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $20,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, EMANUEL RICHARDSON, and shall be deemed part of the sentence of the

defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payment on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Chief of the Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[CONTINUED ON NEXT PAGE]

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____/s/ Robert Boone/_____  1/22/19
    Robert Boone/Noah Solowiejcyk/   DATE
    Eli J. Mark
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    Tel.: (212)637-2208/2473/2431

EMANUEL RICHARDSON

By: _____/s/ Emanuel Richardson_____  _____
    EMANUEL RICHARDSON                    DATE

By: _____/s/_____                       1/22/19
    CRAIG J. MORDOCK, ESQ.                DATE
    Attorney for Defendant
    Mordock Barber, LLC
    7611 Maple Street, Suite A-3
    New Orleans, LA 70118
    Tel.: (504)304-2335


SO ORDERED:

_____/s/ Edgardo Ramos_____             1/22/19
HONORABLE EDGARDO RAMOS                   DATE
UNITED STATES DISTRICT JUDGE