UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| LAMONT EVANS, EMANUEL RICHARDSON, ) | Case No. 1:17-cr-00684-ER-2 |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," ) | |
| CHRISTIAN DAWKINS, and MERL CODE, ) | |
| Defendants. ) | |

## DEFENDANT EMANUEL "BOOK' RICHARDSON'S SEVENTH UNOPPOSED MOTION TO LEAVE THE JURISDICTION

Now into court, through undersigned counsel, comes, Defendant Emanuel "Book" Richardson who respectfully moves this court as follows. The Defendant, Emanuel Richardson is currently residing in the U.S. District of Arizona. He has permission to travel from the court to the Southern District of New York and the Eastern District of Louisiana. Mr. Richardson requests that this Honorable court grant him permission to the Northern District of California, more specifically Oakland, California on February 22nfd and returning to Arizona on February 25, 2019. He will be staying at the Oakland Marriott City Center, 1001 Broadway, Oakland, CA 94607. The purpose of the trip is for Mr. Richardson to work at a youth basketball camp.

The US Attorney's Office for the Southern District of New York and Pre-Trial Services have no objection to this motion.

**WHEREFORE,** Defendant, Emanuel "Book" Richardson prays that he is granted

permission by this Honorable Court to travel to Northern District of California on February 22nd and returning to Arizona on February 25th, 2019.

                          Respectfully Submitted,

                          S://Craig J. Mordock
                          Craig J. Mordock
                          Admitted Pro Hac Vice
                          LSBA #27014
                          7611 Maple Street
                          Suite A3
                          New Orleans, LA 70118
                          504-304-2335
                          Craig@MordockBarber.com
                          Counsel for the Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served all counsel of record by filing this pleading via the CM/ECF system on this the 18th day of February, 2019.

S://Craig J. Mordock

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| LAMONT EVANS, EMANUEL RICHARDSON, | ) | Case No. 1:17-cr-00684-ER-5 |
| | ) | |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," CHRISTIAN DAWKINS, and MERL CODE, | ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**ORDER ON DEFENDANT, EMANUEL "BOOK" RICHARDSON'S FIRST MOTION TO LEAVE THE JURISDICTION**

CONSIDERING THE DEFENDANT'S MOTION, it is hereby ORDERED that Defendant Emanuel "Book" Richardson, be permitted to leave the US District of Arizona and travel to the Northern District of California on February 22nd, 2019 and returning to Arizona on February 25th, 2019.

This __ day of _____, 2019.

New York, New York

_____

JUDGE RAMOS