UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| LAMONT EVANS, EMANUEL RICHARDSON, | ) | Case No. 1:17-cr-00684-ER-2 |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," | ) | |
| CHRISTIAN DAWKINS, and MERL CODE, | ) | |
| Defendants. | ) | |

### DEFENDANT EMANUEL "BOOK" RICHARDSON'S AMMENDED EIGHTH UNOPPOSED MOTION TO LEAVE THE JURISDICTION

Now into court, through undersigned counsel, comes, Defendant Emanuel "Book" Richardson who respectfully moves this court as follows. The Defendant, Emanuel Richardson is currently residing in the U.S. District of Arizona. He has permission to travel from the court to the Southern District of New York and the Eastern District of Louisiana. Mr. Richardson requests that this Honorable court grant him permission to the Federal District of Nevada, more specifically Las Vegas, Nevada on March 8, 2019 and returning to Arizona on March 11, 2019. He will be staying at the Excalibur Hotel, 3850 Las Vegas Blvd, Las Vegas Nevada 89109. The purpose of the trip is for Mr. Richardson to work at a youth basketball camp. Counsel for the Defendant originally filed this motion on March 1, 2019 but transposed the dates in the Order inadvertently. Counsel has corrected the error and apologizes to the Court.

The US Attorney's Office for the Southern District of New York and Pre-Trial Services have no objection to this motion.

**WHEREFORE,** Defendant, Emanuel "Book" Richardson prays that he is granted

permission by this Honorable Court to travel to the Federal District of Nevada on March 8, 2019 and returning to March 11, 2019.

                                    Respectfully Submitted,

                                    S://Craig J. Mordock
                                    Craig J. Mordock
                                    Admitted Pro Hac Vice
                                    LSBA #27014
                                    7611 Maple Street
                                    Suite A3
                                    New Orleans, LA 70118
                                    504-304-2335
                                    Craig@MordockBarber.com
                                    Counsel for the Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served all counsel of record by filing this pleading via the CM/ECF system on this the 7th day of March, 2019.

S://Craig J. Mordock

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| LAMONT EVANS, EMANUEL RICHARDSON, | ) Case No. 1:17-cr-00684-ER-5 |
| | ) |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," CHRISTIAN DAWKINS, and MERL CODE, | ) |
| | ) |
| Defendants. | ) |

## **ORDER ON DEFENDANT, EMANUEL "BOOK" RICHARDSON'S EIGHTH MOTION TO LEAVE THE JURISDICTION**

CONSIDERING THE DEFENDANT'S MOTION, it is hereby ORDERED that Defendant Emanuel "Book" Richardson, be permitted to leave the US District of Arizona and travel to the Federal District of Nevada on March 8, 2019 and returning to Arizona on March 11, 2019.

This ___ day of _____, 2019.

New York, New York

_____

JUDGE RAMOS