UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| LAMONT EVANS, EMANUEL RICHARDSON, | ) Case No. 1:17-cr-00684-ER-5 |
| | ) |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," | ) |
| CHRISTIAN DAWKINS, and MERL CODE, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON DEFENDANT, EMANUEL "BOOK" RICHARDSON'S FIRST MOTION TO LEAVE THE JURISDICTION**

CONSIDERING THE DEFENDANT'S MOTION, it is hereby ORDERED that Defendant Emanuel "Book" Richardson, be permitted to leave the US District of Arizona and travel to the Federal District of Nevada on April 17, 2019 and returning to Arizona on April 21, 2019.

This 18th day of April, 2019.

New York, New York

_____

JUDGE RAMOS