

Craig J. Morodock
Office: 504.304.2335
Mobile: 504.655.8361
Fax: 504.407.2101
jackie@mordockbarber.com

**7611 Maple Street, Suite A-3**
**New Orleans, LA 70118**

May 21, 2019

**<u>BY ECF</u>**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  *Re: United States vs. Emanuel Richardson et al,* 17 Cr. 684 (ER)

Dear Judge Ramos,

  The sentencing submission on behalf Emanuel Richardson was submitted on May 20, 2019. According to court rules it was due on May 16, 2019. Undersigned counsel had calendared the date improperly and apologizes to the Court. We have spoken to the counsel for the government who had no objection to the late submission.

                Respectfully Submitted,

                *Craig J Mordock*

                Craig J. Mordock

APPROVED:

_____
The Honorable Edgardo Ramos
May ___, 2019

Cc: all counsel via CMECF