# EXHIBIT 1



1401 E. University Blvd., Room 103
P.O. Box 210066
Tucson, AZ 85721-0066

Ofc: 520-621-3175
Fax: 520-621-9001

May 22, 2019

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    United States v. Emanuel "Book" Richardson
                  Criminal No. 17-cr-00684-ECR

Dear Judge Ramos:

      As Senior Vice President for Legal Affairs and General Counsel for the University of Arizona, I am writing this letter on behalf of our institution in connection with the forthcoming sentencing of Emanuel "Book" Richardson.  I ask the Court to kindly consider the information below as you determine a fair, just, and appropriate sentence for Mr. Richardson.

      The University of Arizona is a world-class public institution of higher learning which graduated its first class in 1895.  The University now enrolls over 45,000 undergraduate and graduate students on its main campus in Tucson, Arizona, and in satellite locations in Phoenix and elsewhere within our state.  In addition to an emphasis on excellence within our academic programs, the University takes genuine pride in its nationally recognized intercollegiate athletics program.  Both the University President and Athletic Director are committed to operating an athletics program that strives for success but stresses integrity and a deeply rooted culture of compliance.  The University believes strongly in abiding by the rules of fair play and healthy competition with and against our sister institutions from the PAC-12 Conference and other universities from across the country.  We expect honesty, integrity, dedication, and hard work from every coach, staff member, and student-athlete associated with our programs.

      Emanuel Richardson became an Assistant Men's Basketball Coach at the University of Arizona in 2008.  In addition to his duties as a coach on the basketball court, Mr. Richardson devoted a substantial amount of his time at the University to recruiting young student-athletes from across the country.  The University was unaware at the time but has since come to learn that, in or around 2017, Mr. Richardson was struggling with various financial pressures and family medical concerns.  When faced with the unethical and dishonest overtures of Christian Dawkins, Munish Sood, and others, Mr. Richardson accepted $20,000 from these individuals.  By doing so, Mr. Richardson not only violated his employment agreement with the University, he knowingly betrayed the trust that the institution placed in him to act with honesty, integrity, and with the best interests of the student-athletes at the forefront.



Mr. Richardson's actions caused real harm to the University of Arizona. His arrest was devastating news to every student, coach, administrator, faculty, staff, trustee, and alum. Occurring as it did immediately before the start of the 2017-18 basketball season, news of the criminal charges against Mr. Richardson caused enormous pain and disruption not only to the University's men's basketball team but across the entire campus, as well. Mr. Richardson's actions have caused – and continue to cause – significant damage to the reputation of the University, it's athletics program, and most specifically to a men's basketball program that had previously enjoyed a stellar record of success, on and off the court. Several highly regarded student-athletes de-committed from the University upon hearing this difficult news, and the recruitment effort for future players became substantially more challenging. Over the past 18 months, there has been a steady stream of unflattering articles and media reports, many of which unfortunately have been false or exaggerated but which, overall, have caused harm and embarrassment to this institution as well as demoralizing a very loyal alumni and fan base in the local community and across the country. The University is also facing the prospect of potentially significant sanctions and penalties from the NCAA flowing from the unlawful actions involved in this case.

There have been legal and financial ramifications as well. We have responded to trial and grand jury subpoenas and provided extensive records to the U.S. Attorney's Office, and provided whatever assistance we could to support the Government's efforts to investigate and prosecute the charged criminal conduct. The University has also hired outside legal counsel at significant expense to conduct internal reviews and investigations, and to guide the institution through an investigation by the NCAA Enforcement staff, which is just now getting underway in the aftermath of the criminal trial. As we have to date, we intend to fully cooperate with the NCAA, to be transparent, and to provide whatever assistance may be necessary for the Association to fully ascertain the actions of Mr. Richardson and determine the extent to which NCAA rules and bylaws may have been violated. The University has been, and will continue to be, zealous in our efforts to maintain a culture of integrity and compliance on our campus and within our athletics program.

It should be noted that, based on all the information presently known to us, we believe that none of the $20,000 in funds paid to Mr. Richardson was ever paid to any student-athlete or prospective student-athlete. Additionally, Mr. Richardson recently met with the University's principal outside counsel and me and expressed his remorse, acceptance of responsibility, and the recognition that his failure of judgment caused significant harm to the University community, as well as to himself and his family. We appreciated his openness, candor, and gesture of goodwill.

As an institution, we believe in redemption and seeing the good in people – even in the most challenging of situations. And while this situation has been challenging, indeed, we do not make excuses for Mr. Richardson. He was wrong, he has admitted his guilt, he should be held accountable for his actions, and he deserves some form of punishment. We trust that the Court will proceed with fairness and compassion in sentencing Mr. Richardson.

On behalf of the University of Arizona, I wish to thank the Court for taking the time to read and consider this letter. I am prepared to respond to any further inquiries that the Court may have.

Sincerely,

Laura Todd Johnson
Senior Vice President for Legal Affairs
   and General Counsel