

**Craig J. Morodock**
Office: 504.304.2335
Mobile: 504.655.8361
Fax: 504.407.2101
jackie@mordockbarber.com

7611 Maple Street, Suite A-3
New Orleans, LA 70118

June 10, 2019

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    *Re: United States vs. Emanuel Richardson et al,* 17 Cr. 684 (ER)

Dear Judge Ramos,

    We would like to request that the court make a sentencing recommendation to BOP that Mr. Richardson serve his sentence at FCI Otisville's minimum security satellite camp.

                                      Respectfully Submitted,

                                      *Craig J Mordock*

                                        Craig J. Mordock

APPROVED:

_____
The Honorable Edgardo Ramos
June ___, 2019

Cc: all counsel via CMECF