```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 10/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

EMANUEL RICHARDSON,

                Defendant.

**ORDER**

17 Cr. 684-2 (ER)

Ramos, D.J.:

    On October 12, 2021, Mr. Richardson requested that upon the completion of his term of supervised release his passport be returned to him. Doc. 343. The application is GRANTED.

    Mr. Richardson's term of supervised release will conclude on October 14, 2021. Upon the completion of his term of supervised release, Pretrial Services is respectfully directed to return to Mr. Richardson his passport.

    It is SO ORDERED.

Dated: October 14, 2021
       New York, New York

                                                        Edgardo Ramos, U.S.D.J.